

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 9 2018

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:15-CR-0134 '-DMG-1 |
| v. | |
| EDGAR NUNEZ | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>defendant</u> _____, IT IS ORDERED that a detention hearing is set for <u>January 23</u> , <u>2018</u> , at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>DUTY JUDGE</u> , in Courtroom <u>CR 341</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: <u>January 19, 2018</u>

_____
U.S. ~~District Judge~~/Magistrate Judge