"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )    Case No.: CR 15-134-DMG
                                       )
                Plaintiff,             )
                                       )
        vs.                            )    ORDER OF DETENTION AFTER HEARING
                                       )    [Fed.R.Crim.P. 32.1(a)(6);
EDGAR NUNEZ                            )    18 U.S.C. 3143(a)]
                                       )
                                       )
                Defendant.             )
_____)

        The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dirt., CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.      (X    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on in custody serving state sentence, imposed while on release

and/or

B.    ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    _____

UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS